**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

NICHOLAS TAYLOR,

        Plaintiff,

v.                                                                                    Case No. 6:16-cv-597-Orl-37GJK

PEPSICO, INC.,

        Defendant.

## ORDER

This cause is before the Court on its own motion. This action was removed from state court on April 7, 2016. (Doc. 1.) On April 12, 2016, the Court dismissed Plaintiff's Complaint as an impermissible shotgun pleading and directed Plaintiff to file an amended complaint on or before Wednesday, April 27, 2016. (Doc. 6.)

Upon further review, the Court takes notice of Defendant's representation that: (1) Plaintiff has named the wrong defendant; (2) Pepsi Beverages Company ("**PBC**") is the proper defendant; and (3) PBC is "willing to accept service of an Amended Complaint naming the proper defendant." (*See* Doc. 1, p. 1, n.1.)

In the absence of evidence to the contrary, Plaintiff is **DIRECTED** to name Pepsi Beverages Company as the proper defendant in his anticipated forthcoming amended complaint, which remains due on or before Wednesday, April 27, 2016.

**IT IS SO ORDERED.**

**DONE AND ORDERED** in Chambers in Orlando, Florida, on April 20, 2016.



ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record